

Greg R. Mansell<br>
Direct Dial: (614)796-4325<br>
Email: Greg@MansellLawLLC.com<br>
Admitted in New York

October 18, 2023

**Via ECF**
The Honorable J. Paul Oetken, U.S.D.J.
U.S. District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Rathod v. Wellington Physical Therapy and Acupuncture PLLC et al* - Case No. 1:23-cv-03276-JPO

Dear Judge Oetken:

    This law firm represents Plaintiff Vinita Rathod in the above-referenced matter.

    Defendants filed a Motion to Dismiss (Doc. No. 32) on October 6, 2023. According to Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff informed Defendants that she intended to file an Amended Complaint. Plaintiff has been in India since the filing of the Motion to Dismiss. As such, Plaintiff requests until October 25, 2023 to file her Amended Complaint.

    Sincerely,

    **Mansell Law LLC**

    */s/ Greg R. Mansell*

    Greg R. Mansell

Cc: All counsel of record, via ECF