# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212-792-0046• E: Jason@levinepstein.com

November 6, 2024

*<u>Via Electronic Filing</u>*
The Honorable Judge J. Paul Oetken, U.S.D.J. U.S.
District Court, Southern District of New York 40
Foley Square
New York, NY 10007

    Re: *Rathod v. Wellington Physical Therapy and Acupuncture PLLC et al*
      <u>Case No.: 1:23-cv-03276-JPO</u>

Dear Honorable Judge Oetken:

  This law firm represents Defendants Wellington Physical Therapy and Acupuncture PLLC, and Nikki Yu (together, the "Defendants") in the above-referenced matter. This letter is submitted jointly with counsel for Plaintiff Vinita Rathod (the "Plaintiff")/

  Pursuant to Your Honor's Individual Rules and Practices Rules, and the directives contained in Your Honor's July 11, 2024 Civil Case Management Order [Dckt. No. 52], this letter respectfully serves to provide the Court with a status update in the above-referenced action.

  The parties are scheduled to appear for a virtual mediation on November 15, 2024 at 1:30 p.m. The parties are optimistic that the mediation will be productive, and possibly result in a global settlement.

  In light of the foregoing, it is respectfully requested that the Court extend the fact discovery completion deadline of November 6, 2024 to, through and including, December 6, 2024, and further extend the deposition completion deadline of December 20, 2024 to, through and including, January 20, 2024. This is the first request of its kind. If granted, this request would necessitate an extension of the dispositive motion commencement deadline.

  The basis of this request is that the parties wish to conserve resources, prior to the November 15, 2024 virtual mediation. Additional time is also needed to schedule depositions, in light of the conflicting Christmas and New Years holidays.

  Thank you, in advance, for your time and attention to this matter.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: */s/ Jason Mizrahi*
           Jason Mizrahi, Esq.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.: (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Defendants*

VIA ECF: All Counsel