UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINITA RATHOD,

                    Plaintiff,

    -v-

WELLINGTON PHYSICAL THERAPY
AND ACUPUNCTURE PLLC, *et al.*,

                    Defendants.

23-CV-3276 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 74.) The proposed settlement totals $37,500.00, with $21,432.60 to be allocated to Plaintiff Vinita Rathod in connection with her FLSA and related claims, based upon a total possible recovery in the matter of $23,000. (*Id.* at 2.) The remaining $15,567.40 will be paid to Rathod's attorney in fees and costs. (*Id.*) The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at ECF No. 74 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 16, 2025
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge